# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00439 |
| CASE NAME: | U.S.A. vs. (01) RIPINE TALUSA LOPEZ |
| ATTYS FOR PLA: | Wes R. Reber |
| ATTYS FOR DEFT: | Donna M. Gray |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 23, 2006 | TIME: | 1:30 - 2:00 p.m. |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Ms. Gray reported to the Court that the defendant will complete his residential treatment program on March 1, 2006.  He will reside with his brother after his graduation from the Salvation Army Adult Rehabilitation Center,  will be participating in the AA 12 step program, and have accepted employment with is former employer.

Government's Oral Motion to Withdraw Order to Show Cause Why Supervised Release Should Not Be Revoked is GRANTED.

The Court ORDERED an additional condition of supervised release:

> That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

Submitted by: David H. Hisashima, Courtroom Manager