AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

**RIPINE TALUSA LOPEZ, aka "Ripine Fao"**

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: **CR 00-00439HG-01**

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RIPINE TALUSA LOPEZ, aka "Ripine Fao" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

**Order to show cause as to why supervision should not be revoked.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2006

at 10 o'clock and 25 min A M
SUE BEITIA, CLERK

RECEIVED
2006 MAY 15 AM 11:25
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | 5/15/06 at Honolulu, Hawaii |
|  | Date and Location |

Bail Fixed at   No Bail           By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received 5-15-06 | NAME AND TITLE OF ARRESTING OFFICER  R. NAKASATO  DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 5-16-06 | | |