# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00439HG |
| CASE NAME: | U.S.A. vs. RIPINE TALUSA LOPEZ, aka "Ripine Fao" |
| ATTYS FOR PLA: | Wes R. Porter |
| ATTYS FOR DEFT: | Donna M. Gray |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 23, 2006 | TIME: | 11:00 - 11:20 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (01) RIPINE LOPEZ, aka "Ripine Fao" -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2 and 3.

The Court finds that this is a Grade C violation, Criminal History Category III.

Allocution by the defendant.

The supervised release is revoked.

ADJUDGED: Impr of 3 mos.

SUPERVISED RELEASE: 21 mos upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.   That the defendant not possess illegal controlled substances (mandatory condition)

4.   That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.   That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.   That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8    That the defendant is prohibited from the possession and use of alcohol.

9.   That the defendant shall enroll in the inpatient substance abuse program at the Salvation Army Adult Rehabilitation Center (SAARC), Honolulu, Hawaii. If deemed eligible, the defendant shall remain in the SAARC program until clinically discharged.

10.  That the defendant not resume employment of Perry's Smorgy, Waikiki, Hawaii.

Advised of rights to appeal the sentence, etc.

Submitted by: David H. Hisashima, Courtroom Manager