AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

518695

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00439HG-01 |
| RIPINE TALUSA LOPEZ, aka "Ripine Fao" | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 8 2006

at 11 o'clock and 46 min. __M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RIPINE TALUSA LOPEZ, aka "Ripine Fao" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

VIOLATIONS OF SUPERVISED RELEASE

2006 DEC 20 AM 9:06
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | DECEMBER 18, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL          By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received 12/20/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cove DUSM | SIGNATURE OF ARRESTING OFFICER /s/ Tony C__ |
|---|---|---|
| Date of Arrest 12/28/06 | | |