# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 5, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00439HG |
| CASE NAME: | UNITED STATES OF AMERICA v. RIPINE TALUSA LOPEZ |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Donna M. Gray, AFPD |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | January 5, 2007 | TIME: | 8:30 - 8:45 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (01) RIPINE TALUSA LOPEZ -

The defendant is present in custody.

Allocution by the defendant.
The Court finds that this is a Grade C violation, Criminal History Category III.

The hearing on the Order to Show Cause Why Supervised Release Should Not be Revoked as to defendant (01) Ripine Talusa Lopez is continued to January 8, 2007 at 2:00 p.m.

A member from the Salvation Army will testify in Court on January 8, 2007.
The Government to provide any JENKS material to defense counsel.

The defendant is remanded to the custody of the U.S. Marshals Service.

   Submitted by: Mary Rose Feria, Courtroom Manager