# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 8, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00439HG |
| CASE NAME: | UNITED STATES OF AMERICA v. RIPINE TALUSA LOPEZ |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Donna M. Gray, AFPD |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | January 8, 2007 | TIME: | 2:00 - 3:00 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (01) RIPINE TALUSA LOPEZ -

The defendant is present in custody.

CST Frederick James Deisser, Resident Manager at Salvation Army.
Exhibit 1 (Incident report dated December 11, 2006) admitted into evidence.
Exhibit 2 (Incident report dated December 10, 2006) admitted into evidence.
Exhibit 3 (Incident report dated December 19, 2006) admitted into evidence.
Exhibit 4 (Incident report dated November 30, 2006) admitted into evidence.
Exhibit 5 (Incident report dated November 15, 2006) admitted into evidence.

Allocution by the defendant.
At the hearing on January 5, 2007, the Court found that this is a Grade C violation, Criminal History Category III.

The Court finds that the defendant is in violation of Violation No. 1.

Supervised release is revoked.

     ADJUDGED: Impr of 4 MONTHS.

SUPERVISED RELEASE: 17 MONTHS upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant participate in and comply with a substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office and which may include residential treatment.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant reside at and participate in a residential reentry center such as Mahoney Hale for a period not to exceed 180 days at the discretion and direction of the Probation Office.

Advised of rights to appeal the sentence, etc.

Submitted by: Mary Rose Feria, Courtroom Manager