

# THE SALVATION ARMY ADULT REHABILITATION CENTER
## CONDUCT RECORD FOR INTERVIEWING AND COUNSELING

Name __Ripiwe Lopez__  Date __12-11-06__

Complaint __Disrespecting Anger management Leader Asking why are you here after what happened in the small T.V. Room.__

Attitude when approached re: the above _____

Staff Comment __Why would he Bring up Anything that has happened with an Employees pass In open class.__

Name __F. Doucia__ (Signature)   Title __Resident Manager__

Beneficiary Reply _____

Beneficiary _____ Date _____
(Signature)

Comments _____

Counselor _____ Date _____
(Signature)

Administrator Comments and Decision __Left on his own.__

Administrator _____ Date __12/13/06__
(Signature)

Use back of sheet if necessary

60210

CR 00-00439 HG-01.
Exhibit 1.