

# THE SALVATION ARMY ADULT REHABILITATION CENTER
## CONDUCT RECORD FOR INTERVIEWING AND COUNSELING

Name  Ripine Lopez                           Date  12-10-06

Complaint  Ripine Allowed Beneficiary to walk out residency Doorway with a Bag of Items. The Beneficiary was handed his cigarettes and was never seen again

Attitude when approached re: the above  Casual

Staff Comment _____

Name  L. Dennis                              Title  Resident Manager
       Signature

Beneficiary Reply  I DID NOT SEE HIM WITH ANY BAG HE HANDED ME HE'S BAGS AND I GAVE HIM IS CIGARETTES. I SORRY I'LL BE MORE CAREFUL.

Beneficiary  [signature]                     Date  12-11-06
             Signature

Comments _____

Counselor _____          Date _____
          Signature

Administrator Comments and Decision  Left program on his on.

Administrator  [signature]                   Date  12/13/06
               Signature

Use back of sheet
if necessary

i60210

CR 00-00439 HG-01.
Exhibit 2.