

# THE SALVATION ARMY ADULT REHABILITATION CENTER
## CONDUCT RECORD FOR INTERVIEWING AND COUNSELING

Name **Ripine Lopez** Date **12-9-06**

Complaint **Incomplete Work Therapy. Ripine is not filling in the Daily Residence Report. This is very important to the monthly stats.**

Attitude when approached re: the above **Good**

Staff Comment _____

Name **T. Deissa** (Signature) Title **Resident Manager**

Beneficiary Reply **I will make sure I fill every thing that need to be done. I was still learn defferent shift.**

Beneficiary _(signature)_ Date **12-11-06**

Comments _____

Counselor _____ Date _____

Administrator Comments and Decision **Left program on his own.**

Administrator _(signature)_ Date **1-13-06**

Use back of sheet
if necessary

560210

CR 00-0439 HG-01.
Exhibit 3.