

# THE SALVATION ARMY ADULT REHABILITATION CENTER
## CONDUCT RECORD FOR INTERVIEWING AND COUNSELING

Name __Ripine Lopez__   Date __11-30-06__

Complaint __having T.V. on at 1:30 am__

Attitude when approached re: the above __Good__

Staff Comment _____

Name __F. Devor__ (Signature)   Title __R.M.__

Beneficiary Reply __Sorry it wont happen again.__

Beneficiary __[signature]__   Date __12-4-06__

Comments __Sorry it wont hap__

Counselor _____ (Signature)   Date _____

Administrator Comments and Decision __4 Hrs WT__

Administrator __[signature]__   Date __12/6/06__

Use back of sheet
if necessary

50210

CR00-00439 HG-01.
Exhibit 4.