

# THE SALVATION ARMY ADULT REHABILITATION CENTER
## CONDUCT RECORD FOR INTERVIEWING AND COUNSELING

Name  RIPINIE  L                    Date  11/15/06

Complaint  USSING CHEM IN
HOUSE (RESIDENTIAL)
SMOKING MATERIAL IN HOUSE

Attitude when approached re: the above _____

_____

_____

Staff Comment _____

_____

Name  F. Deiss                      Title  RM
     *Signature*
Beneficiary Reply  DID  NOT  KNEW  IT  WAS  SMOKEING
MATERIAL  VERY  SORRY  WON'T  HAPPEN  AGAIN.

Beneficiary  _____          Date  11-15-06
          *Signature*

Comments _____

_____

_____

_____

Counselor _____     Date _____
          *Signature*

Administrator Comments and Decision  1 week restriction.
500 w/ following rules on smoking materials.

Administrator _____        Date  11/15/06
              *Signature*

Use back of sheet
if necessary

0210

CR 00-00439HG-01.
Exhibit 5.